UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

August 1, 2013

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:13CR00227-GEB-3 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| FRANCISCO PARRA ARRELLANEZ, ) | |
| ) | |
| Defendant. ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  FRANCISCO PARRA ARRELLANEZ , Case

No.   2:13CR00227-GEB-3  , Charge   21USC § 846, 841(a)(1)  , from custody subject to the

conditions contained in the attached "Notice to Defendant Being Released" and for the following

reasons:

    __     Release on Personal Recognizance

    ✔     Bail Posted in the Sum of $ 100,000.00 unsecured

        __     Unsecured Appearance Bond

        __     Appearance Bond with 10% Deposit

        __     Appearance Bond with Surety

        __     Corporate Surety Bail Bond

        ✔     (Other)        Pretrial conditions as stated on the record.

The defendant shall be released from custody on August 5, 2013 to Pretrial Services.

Issued at  Sacramento, CA  on  August 1, 2013  at  10:31 am  .

By  /s/ Allison Claire/s/ Allison Claire

Allison Claire
United States Magistrate Judge

Copy 2 - Court