Timothy E. Warriner
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant
Francisco Parra Arrellanez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>FRANCISCO PARRA ARRELLANEZ,<br><br>                              Defendant. | CASE NO.  13-cr-00227-GEB<br><br>STIPULATION AND ORDER<br>MODIFYING TERMS OF PRETRIAL<br>RELEASE |

**STIPULATION**

Defendant Francisco Parra Arrellanez, through his counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate to the following modification of the terms of pretrial release:

Special Condition #13 is stricken. The defendant shall no longer be required to participate in the location monitoring program.

The pretrial services officer has requested that the condition be stricken.

IT IS SO STIPULATED.

1  DATED:          September 15, 2014

2                                     /s/ Todd Pickles_____
                                      Assistant United States Attorney
3
   DATED:          September 15, 2014
4

5                                     /s/ Timothy E. Warriner
                                      Counsel for Defendant
6                                     Francisco Parra Arrellanez

7

8                              **O R D E R**

9

10         IT IS SO ORDERED

11    Dated:  September 17, 2014

12                                     _____
                                       CAROLYN K. DELANEY
13                                     UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      2