Timothy E. Warriner
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for Defendant
Francisco Parra Arrellanez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 13-cr-00227-GEB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER MODIFYING TERMS OF PRETRIAL RELEASE |
| v. | |
| FRANCISCO PARRA ARRELLANEZ, | |
| Defendant. | |

**STIPULATION**

Defendant Francisco Parra Arrellanez, through his counsel of record, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate to the following modification of the terms of pretrial release:

    Special Condition #13 is stricken. The defendant shall no longer be required to participate in the location monitoring program.

The pretrial services officer has requested that the condition be stricken.

IT IS SO STIPULATED.

1

DATED: September 15, 2014

/s/ Todd Pickles
Assistant United States Attorney

DATED: September 15, 2014

/s/ Timothy E. Warriner
Counsel for Defendant
Francisco Parra Arrellanez

**O R D E R**

IT IS SO ORDERED

Dated: September 17, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2