1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 2:13-CR-00227 GEB

12             Plaintiff,                 STIPULATION REGARDING EXCLUDABLE
                                          TIME PERIODS UNDER SPEEDY TRIAL ACT;
13      v.                                [PROPOSED] FINDINGS AND ORDER

14 FRANCISCO PARRA ARRELLANEZ, *et al*.,

15             Defendants.

16

17                              **STIPULATION**

18      Plaintiff United States of America, by and through its counsel of record, and defendants

19 Francisco Parra Arrellanez, Jovany Romo Arrellanes, and Efrain Padilla Pena, by and through their

20 counsel of record, hereby stipulate as follows:

21      1.    By previous order, this matter was set for status on March 20, 2015.

22      2.    By this stipulation, defendant now moves to continue the status conference until April 24

23 2015 and to exclude time between March 20, 2015 and April 24, 2015, under Local Code T4.  The

24 United States does not oppose this request.

25      3.    The parties agree and stipulate, and request that the Court find the following:

26           a)    The United States has represented that the discovery associated with this case

27 includes investigative reports and wiretap applications in electronic form constituting approximately

28 4000 pages of documents.  The United States also represents that the discovery includes approximately

Stipulation and Proposed Order re            1
Excludable Time

20 CDs of audio recordings, including intercepted communications, and transcripts and line reports.  All of this discovery has been produced directly to counsel.

      b)      Further, counsel for all of the defendants have requested that the United States prepare plea agreements for the consideration of their clients.  The United States has presented offers to the defendants, who have all requested additional time to discuss the agreements with their clients and to consider the discovery provided as it relates to the provisions of the plea agreements.  Additionally, counsel for defendant Francisco Parra Arrellanez has been engaged in trial preparation for an unrelated case and needs additional time to review the evidence in relation to the proposed plea agreements.

      c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The United States does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 20, 2015 to April 24, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

1   IT IS SO STIPULATED.

2   Dated:  March 18, 2015    BENJAMIN B. WAGNER
                              United States Attorney

                              */s/ Todd A. Pickles*
                              TODD A. PICKLES
                              Assistant United States Attorney

6   Dated:  March 18, 2015    */s/ Todd A. Pickles for*
                              TIMOTHY WARRINER, ESQ.

                              Counsel for Defendant Francisco Parra Arrellanez

9   Dated:  March 18, 2015    */s/ Todd A. Pickles for*
                              DINA SANTOS, ESQ.

                              Counsel for Defendant Jovany Romo Arrellanes

13  Dated:  March 18, 2015    */s/ Todd A. Pickles for*
                              RICHARD DUDEK, ESQ.

                              Counsel for Defendant Efrain Padilla Pena

## ORDER

IT IS SO FOUND AND ORDERED.

Dated:  March 19, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge

Stipulation and Proposed Order re Excludable Time

3