BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00227 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| FRANCISCO PARRA ARRELLANEZ, *et al.*, | |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants Francisco Parra Arrellanez, Jovany Romo Arrellanes, and Efrain Padilla Pena, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 24, 2015.

2. By this stipulation, defendant now moves to continue the status conference until May 29, 2015 and to exclude time between April 24, 2015 and May 29, 2015, under Local Code T4. The United States does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The United States has represented that the discovery associated with this case includes investigative reports and wiretap applications in electronic form constituting approximately 4000 pages of documents. The United States also represents that the discovery includes approximately

Stipulation and Proposed Order re Excludable Time

1

20 CDs of audio recordings, including intercepted communications, and transcripts and line reports. All of this discovery has been produced directly to counsel.

   b) Further, counsel for all of the defendants have requested that the United States prepare plea agreements for the consideration of their clients. The United States has presented offers to the defendants, who have all requested additional time to discuss the agreements with their clients and to consider the discovery provided as it relates to the provisions of the plea agreements. Additionally, counsel for defendants Francisco Parra Arrellanez and Jovany Romo Arrellanes are currently engaged in a multi-week trial in an unrelated case and needs additional time to review the evidence in relation to the proposed plea agreements.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The United States does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 24, 2015 to May 29, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

1     IT IS SO STIPULATED.

2 Dated: April 22, 2015     BENJAMIN B. WAGNER
    United States Attorney

4     */s/ Todd A. Pickles*
    TODD A. PICKLES
    Assistant United States Attorney

6 Dated: April 22, 2015     */s/ Todd A. Pickles for*
    TIMOTHY WARRINER, ESQ.

    Counsel for Defendant Francisco Parra Arrellanez

9 Dated: April 22, 2015     */s/ Todd A. Pickles for*
    DINA SANTOS, ESQ.

    Counsel for Defendant Jovany Romo Arrellanes

13 Dated: April 22, 2015     */s/ Todd A. Pickles for*
    RICHARD DUDEK, ESQ.

    Counsel for Defendant Efrain Padilla Pena

## ORDER

19     IT IS SO FOUND AND ORDERED.

20 Dated: April 22, 2015

    GARLAND E. BURRELL, JR.
    Senior United States District Judge