Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
JOVANNY ARELLANES

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>JOVANNY ARELLANES, et. al.<br>　　　　　　　　Defendants | CASE NO. 13-CRS-227 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER TO CONTINUE CASE TO 7/17/15 AT 9:00 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant Jovanny Arellanes, represented by Attorney Dina Santos; Defendant Francisco Arellanes, represented by Attorney Timothy Warriner; Defendant Efrain Padilla Pena, represented by Attorney Richard Dudek, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 29, 2015.

2. By this stipulation, defendant now moves to continue the status conference until July 17, 2015, and to exclude time between May 29, 2015, and July 17, 2015, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

　　a) Counsel for defendants desire additional time to review discovery, continue to conduct investigation, and to otherwise prepare for trial.

　　b) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into

account the exercise of due diligence.

   c) The government does not object to the continuance.

   d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 29, 2015, to July 17 , 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 28, 2015        BENJAMIN B. WAGNER
                 United States Attorney

                 /s/ Todd Pickles
                 TODD PICKLES
                 Assistant United States Attorney

Dated:  May 28, 2015        /s/   Timothy Warriner
                 TIMMOTHY WARRINER, ESQ.
                 Attorney for Francisco Arellanes

1  Dated: May 28, 2015                              /s/   Dina L. Santos
                                                    DINA SANTOS, ESQ.
2                                                   Attorney for Jovanny Arellanes

3

4

5  Dated: May 28, 2015                              /s/   Richard Dudek
                                                    RICHARD DUDEK, ESQ.
6                                                   Attorney for Efrain Padilla Pena

7

8  _____

9

10                                    **ORDER**

11      IT IS SO FOUND AND ORDERED.

12  Dated: May 29, 2015

13

14

15                                    _____
                                      GARLAND E. BURRELL, JR.
16                                    Senior United States District Judge

Stip. & [Proposed] Order Continuing Status Conf. &     3
Excluding Time Periods Under Speedy Trial Act