Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Francisco Arrellanez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>FRANCISCO ARRELLANEZ., *et al*.,<br><br>   Defendants. | Case No. 13-CRS-227 GEB<br><br>STIPULATION AND ORDER CONTINUING  STATUS CONFERENCE AND EXCLUDING TIME |

Plaintiff, United States of America, by and through its counsel of record, and Defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for a Status Conference to be held on July 17, 2015.

2. By this stipulation, all the undersigned Defendants agree to continue the Status Conference to October 23, 2015, at 9:00 a.m. The parties stipulate to exclude time until October 23, 2015, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree, stipulate, and request that the Court find the following:

a. The undersigned defense counsel continue to need time to review discovery, continue to conduct investigation, and to otherwise prepare for trial, or alternatively, resolution by way of written plea agreement.

b. Counsel for Defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. Due to the need for attorney preparation, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a criminal trial within the time prescribed by the Speedy Trial Act.

d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time until October 23, 2015, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED

DATED: July 16, 2015          /s/ Timothy E. Warriner, Attorney for Defendant, Francisco Arrellanez

DATED: July 16, 2015          /s/ Dina L. Santos for Defendant, Jovanny Arellanes

DATED: July 16, 2015          /s/ Richard Dudek, Attorney for Defendant, Efrain Padilla Pena

DATED: July 16, 2015          /s/ Todd Pickles, Assistant U.S. Attorney

IT IS SO ORDERED.  Dated: July 17, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge