TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
11930 Heritage Oak Place, Suite 6
Auburn, CA  95603
Telephone:  (530) 885-6244
Facsimile:   (530) 885-8245

Attorney for Defendant
OMAR NUNO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>v.<br><br>FRANCISCO ARRELLANEZ, et al.,<br><br>                         Defendants. | CASE NO. 2:13-CR-0227 GEB<br><br>**FIRST AMENDED STIPULATION REGARDING  CONTINUANCE OF STATUS CONFERENCE; [PROPOSED] FINDINGS AND ORDER** |

   Defendant, OMAR NUNO, by and through his counsel of record, TONI WHITE, and the GOVERNMENT hereby stipulate as follows:

   1.   By previous order, this matter was set for status on January 22, 2016.

   2.   By this stipulation, all of the undersigned defendants now move to continue the status conference until March 4, 2016, and to exclude time between January 22, 2016 and March 4, 2016 under Local Code T4.  The GOVERNMENT does not oppose this request.

   3.   The parties agree and stipulate, and request that the Court find the following:

       a.   Defendant Omar Nuno was just added to this case in December of 2015 and his counsel is in the process of reviewing discovery and getting up to speed in the case. In addition, the undersigned defense counsel continue to need time to review discovery, continue to conduct investigation, and to otherwise prepare for trial, or alternatively, resolution by way of written plea agreement.

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

1

    b. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c. The GOVERNMENT does not object to the continuance.

    d. The GOVERNMENT and counsel for the defendants are working toward resolution of the case.

    g. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

    g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 22, 2016 and March 4, 2016  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

2

Stipulation and [Proposed] Order for Continuance of
Status Hearing and for Exclusion of Time

1  IT IS SO STIPULATED.

2  Dated: January 20, 2016                          BENJAMIN B. WAGNER
3                                                  United States Attorney

4                                                  By:   /s/ Toni White for
                                                   TODD PICKLES
5                                                  Assistant U.S. Attorney

6                                                  For the United States

7

8  Dated: January 20, 2016                          By:   /s/ Toni White
                                                   DINA SANTOS
9
                                                   For the Defendant
10                                                 Jovanny Arellanes

11 Dated: January 20, 2016                          By:   /s/ Toni White
                                                   TIMOTHY E. WARRINER
12

13                                                 For the Defendant
                                                   Francisco Arrellanez
14
   Dated: January 20, 2016                          By:   /s/ Toni White
15                                                 RICHARD DUDEK

16                                                 For the Defendant
                                                   Efrain Padilla Pena
17

18 Dated: January 20, 2016                          By:   /s/ Toni White
                                                   TONI WHITE
19
                                                   For the Defendant
20                                                 Omar Nuno

21

22 IT IS SO FOUND AND ORDERED .

23 Dated: January 22, 2016

24

25

26                                 GARLAND E. BURRELL, JR.
                                   Senior United States District Judge
27

28

Stipulation and [Proposed] Order for Continuance of        3
Status Hearing and for Exclusion of Time