Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Francisco Arrellanez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCISCO PARA ARRELLANEZ,<br><br>and JOVANNY ROMO<br><br>ARRELLANEZ,<br><br>Defendants. | Case No. 13-CRS-227 GEB<br><br>STIPULATION AND PROPOSED ORDER SETTING DATE FOR ENTRY OF PLEA AND EXCLUDING TIME |

Plaintiff, United States of America, by and through its counsel of record, and

Defendants Francisco Para Arrellanez and Jovanny Romo Arrellanez, by and

through their counsel of record, hereby stipulate as follows:

1.  By previous order, this case was set for entry of plea to be held on April 22,

    2016.

2.  By this stipulation, all the undersigned defendants agree to continue the

    entry of plea hearing to May 20, 2016, at 9:00 a.m. The parties stipulate that

time shall continue to be excluded to May 20, 2016, pursuant to Local Code

T4, for preparation of counsel. Plaintiff does not oppose this request.

3.   The parties agree, stipulate, and request that the Court find the following:

    a.   The undersigned defense counsel continue to need time to review

       discovery, continue to conduct investigation, and to otherwise prepare

       for trial or sentencing disposition should the defendants be convicted.

    b.   Counsel for defendants believe that failure to grant the above-

       requested continuance would deny them the reasonable time necessary

       for effective preparation, taking into account the exercise of due

       diligence.

    c.   Due to the need for attorney preparation, the ends of justice served by

       continuing the case as requested outweigh the interest of the public

       and the defendants in a criminal trial within the time prescribed by the

       Speedy Trial Act.

    d.   For the purpose of computing time under the Speedy Trial Act, 18

       U.S.C. § 3161, *et seq*., within which trial must commence, the time

       until May 20, 2016, is deemed excludable pursuant to 18 U.S.C. §

       3161(h)(7)(A), B(iv) [Local Code T4] because it results from a

       continuance granted by the Court at defendants' request on the basis

       of the Court's finding that the ends of justice served by taking such

action outweigh the best interest of the public and the defendant in a

speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other

provisions of the Speedy Trial Act dictate that additional periods are

excludable from the period within which a trial must commence.

IT IS SO STIPULATED

DATED: April 21, 2016                    /s/ Timothy E. Warriner, Attorney for
                                         Defendant, Francisco Arrellanez

DATED: April 21, 2016                    /s/ Dina L. Santos for Defendant,
                                         Jovanny Arellanes

DATED: April 21, 2016                    /s/ Todd Pickles, Assistant
                                         U.S.Attorney


IT IS SO ORDERED.


                    Dated:  April 22, 2016



                    _____
                    GARLAND E. BURRELL, JR.
                    Senior United States District Judge