Timothy E. Warriner (SB#166128)
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Francisco Parra Arrellanez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>FRANCISCO ARRELLANEZ., *et al*.,<br><br>            Defendants. | Case No. 13-CRS-227 GEB<br><br>STIPULATION AND PROPOSED ORDER CONTINUING  STATUS CONFERENCE AND EXCLUDING TIME |

Plaintiff, United States of America, by and through its counsel of record, and Defendant, by and through counsel of record, hereby stipulate as follows:

1. By previous order, this case was set for a status conference and/or entry of plea to be held on October 21, 2016.

2. By this stipulation, all the undersigned Defendant agrees to continue the case to November 18, 2016, at 9:00 a.m., for entry of plea. The parties stipulate to exclude time until November 18, 2016, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree, stipulate, and request that the Court find the following:

a. The undersigned defense counsel continues to need time to review discovery, including wire recordings, and to conduct the factual and legal investigation needed in order to prepare for trial and to advise the client.

b. Counsel for Defendant believes that failure to grant the above-requested continuance would deny the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c. Due to the need for attorney preparation, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a criminal trial within the time prescribed by the Speedy Trial Act.

d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time until November 18, 2016, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED

DATED: October 20, 2016                         /s/ Timothy E. Warriner, Attorney for
                                                Defendant, Francisco Parra Arrellanez

DATED: October 20, 2016                         /s/ Todd Pickles, Assistant
                                                U.S. Attorney, for the Government

IT IS SO ORDERED

Dated: October 20, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge