Timothy E. Warriner (SB#166128)
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Francisco Arrellanez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>FRANCISCO PARA ARRELLANEZ,<br><br>        Defendant. | Case No. 13-CRS-227 GEB<br><br>STIPULATION AND PROPOSED ORDER CONTINUING DATE FOR JUDGMENT AND SENTENCING |

   Plaintiff, United States of America, by and through its counsel of record, and Defendant Francisco Para Arrellanez hereby stipulate that the date presently set for judgment and sentencing be continued to March 17, 2017 at 9:00 a.m.

   The parties adopt the following schedule concerning the PSR:

| | |
|---|---|
| Judgment and Sentencing Date | March 17, 2017 at 9:00 a.m. |
| Draft PSR filed with court and disclosed to counsel | February 10, 2017 |
| Counsel's Written Objections to the Presentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later than: | February 17, 2017 |

| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | February 24, 2017 |
|---|---|
| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | March 3, 2017 |
| Reply, or Statement of Non-Opposition | March 10, 2017 |

IT IS SO STIPULATED

DATED: January 25, 2017          /s/ Timothy E. Warriner, Attorney for Defendant, Francisco Arrellanez

DATED: January 25, 2017          /s/ Todd Pickles, Assistant U.S.Attorney

## ORDER

PURSUANT TO THE ABOVE STIPUALATION the court orders that the judgment and sentencing date be continued from February 10, 2017, to March 17, 2017 at 9:00 a.m. The court adopts the above stipulation of the parties concerning the presentence investigation report.

Dated:  January 25, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge