Timothy E. Warriner (SB#166128)
Attorney at Law
331 J St., Suite 200
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Francisco Arrellanez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FRANCISCO PARA ARRELLANEZ,<br><br>　　　　Defendant. | Case No. 13-CRS-227 GEB<br><br>STIPULATION AND PROPOSED ORDER CONTINUING DATE FOR JUDGMENT AND SENTENCING |

　　　Plaintiff, United States of America, by and through its counsel of record, and Defendant Francisco Para Arrellanez hereby stipulate that the date presently set for judgment and sentencing be continued to April 28, 2017 at 9:00 a.m.

　　　The parties adopt the following schedule concerning the PSR:

| | |
|---|---|
| Judgment and Sentencing Date | April 28, 2017 at 9:00 a.m. |
| Counsel's Written Objections to the Presentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later than: | March 31, 2017 |
| The Pre-Sentence Report Shall be Filed with the Court and  Disclosed to | April 7, 2017 |

1

| Counsel no Later Than: | |
|---|---|
| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | April 14, 2017 |
| Reply, or Statement of Non-Opposition | April 21, 2017 |

IT IS SO STIPULATED

DATED: March 1, 2017        /s/ Timothy E. Warriner, Attorney for Defendant, Francisco Arrellanez

DATED: March 1, 2017        /s/ Todd Pickles, Assistant U.S. Attorney

## ORDER

PURSUANT TO THE ABOVE STIPUALATION the court orders that the judgment and sentencing date be continued from March 17, 2017 to April 28, 2017 at 9:00 a.m. The court adopts the above stipulation of the parties concerning the presentence investigation report.

Dated:  March 2, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge