HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
FRANCISCO PARRA ARRELLANEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO PARRA ARRELLANEZ,<br><br>Defendant. | No. 2:13-CR-00227-DAD-3<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: The Honorable DALE A. DROZD |

Defendant, FRANCISCO PARRA ARRELLANEZ, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable;

2. The United States Sentencing Commission recently amended the Sentencing Guidelines to include what now appears in USSG § 4C1.1 ("zero-point provision"). *See*

Amendment 821, Part B, Subpart 1.  The zero-point provision provides a 2-offense-level reduction for certain offenders who present zero criminal history points and satisfy the criteria listed in USSG § 4C1.1(a);

3. On April 28, 2017, this Court sentenced Mr. Arrellanez to 135 months imprisonment;

4. Mr. Arrellanez's total offense level was 33, his criminal history category was I (having no criminal history points), and the resulting guideline range was 135 to 168 months;

5. The sentencing range applicable to Mr. Arrellanez was subsequently lowered by the zero-point provision;

6. Mr. Arrellanez is eligible for a reduction in sentence, which reduces his total offense level by 2 from 33 to 31, resulting in an amended advisory guideline range of 108 to 135 months;

7. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Arrellanez's term of imprisonment to 108 months.  If the amount of time served as of the effective date of the Court's order exceeds 108 months, the sentence is instead reduced to a sentence of time served;

The following statements are provided by Mr. Arrellanez and the United States, respectively, and are not part of the parties' stipulation:

1. <u>Mr. Arrellanez's statement regarding the stipulation</u>:  Defendant's counsel enters into this stipulation after having examined the pertinent documents, including the plea agreement, the presentence report, statement of reasons, and judgment, and conferring with the defendant personally.  Mr. Arrellanez's projected release date is January 26, 2026.  Defendant was released pretrial on a $100,000 unsecured bond, ECF 27, and he remained gainfully employed and in compliance with the terms of pretrial release throughout supervision, until June 30, 2017, when the court allowed him to self-surrender.  PSR at 5, ¶3; ECF 218 at 4:22, ECF 223.  He was released to home confinement in Realto, California, almost two years ago pursuant to the CARES Act, Pub. Law 116-136.  He belongs to the International Association of Bridge Structural Ornamental and Reinforcing Iron Workers Union, Local 416, and works for Pacific

Steel Group.  He completed some college courses and parenting classes while incarcerated.  In addition to his iron worker skills, he can operate a forklift.

2. <u>United States' statement regarding its stipulation:</u>

Defendant was convicted of Conspiracy to Distribute Heroin and Methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(a)(1).  The United States enters into this stipulation after reviewing the Presentence Investigation Report ("PSR"); Statement of Reasons ("SOR"); Judgment, ECF No. 197; government's sentencing memorandum, ECF No.222; and defendant's Bureau of Prisons ("BOP") disciplinary history.  The prosecuting Assistant United States Attorneys were not consulted as they no longer work for the U.S. Attorney's Office.

At sentencing, the government and probation officer both recommended that the defendant be sentence to a term of 135 months in prison.  *See* PSR at 18; ECF No. 222 at 3.  Defendant argued for a sentence of 108 months.  *See* ECF No. 222 at 3.

BOP records indicate that as of March 12, 2024, Defendant had sustained one disciplinary incident while in BOP custody for possession a hazardous tool on November 19, 2020.

Respectfully submitted,

Dated:  March 21, 2024                                    Dated:   March 21, 2024

PHILLIP A. TALBERT                                      HEATHER E. WILLIAMS
United States Attorney                                     Federal Defender

 /s/ *Shelley D. Weger*                                        /s/ *David M. Porter*
SHELLEY D. WEGER                                      DAVID M. PORTER
Assistant U.S. Attorney                                     Assistant Federal Defender

Attorney for Plaintiff                                          Attorney for Defendant
UNITED STATES OF AMERICA                      FRANCISCO PARRA ARRELLANEZ

# ORDER

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Arrellanez is entitled to the benefit of Amendment 821, Part B, Subpart 1, the new zero-point provision, which reduces the total offense level from 33 to 31, resulting in an amended guideline range of 108 to 135 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in April 2017 is reduced to 108 months. If the amount of time served as of the effective date of this order exceeds 108 months, the sentence is instead reduced to a sentence of time served.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Arrellanez shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated: **March 22, 2024**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE