AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:13-cr-00227-DAD   Document 269   Filed 03/22/24   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America <br> v. <br> FRANCISCO PARRA ARRELLANEZ <br><br> Date of Original Judgment: 04/28/2017 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | Case No: 2:13-CR-00227-DAD- 3 <br> USM No: 65153-112 <br><br> David Miles Porter, Assistant Federal Defender <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    135    months **is reduced to**    108 months.   .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

If the amount of time served as of the effective date of the Court's order exceeds 108 months, the sentence is instead reduced to a sentence of time served.

Except as otherwise provided, all provisions of the judgment dated   05/04/2017   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: March 22, 2024

Effective Date: Up to 10 days from date of this Judgment.
*(if different from order date)*

*Judge's signature*

Dale A. Drozd, U.S. District Court Judge
*Printed name and title*